AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHOMARI NAEEM BECKFORD, | ) | Case No. 19-6605-Hunt |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 7, 2019** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§952 and 960(b)(2)(B) | Did knowingly and intentionally import into the United States a Schedule II controlled substance, that is, a mixture and substance containing more than 500 grams of a detectable amount of cocaine. |
| 21 U.S.C. §§841(a)(1) and 841(b)(2)(B)(ii) | Did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing more than 500 grams of a detectable amount of cocaine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Lester Vega, Supervisory C.B.P. Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/13/2019

*Judge's signature*

City and state: Fort Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Lester Vega, first being duly sworn, states as follows:

1) I am a Supervisory U.S. Customs and Border Protection ("CBP") Officer currently assigned as a Task Force Officer to the Department of Homeland Security, Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida, and have been so since May 2019. Prior to my current assignment with HSI, I was a Supervisory CBP Officer assigned to Miami International Airport since 2003. During this time, I have received extensive training and have been assigned to assist with conducting investigations of criminal violations of the United States Code concerning illegal drug trafficking, importation of narcotics into the United States and criminal violations of immigration laws. Furthermore, I am trained and experienced in the methods drug traffickers use to import, conceal, process, package, warehouse and distribute controlled substances.

2) This affidavit is made in support of a criminal complaint against Shomari Naeem BECKFORD. As set forth below, I respectfully submit there is probable cause to believe BECKFORD did knowingly and intentionally import into the United States from a place outside thereof a controlled substance, that is a mixture and substance containing a detectable amount of cocaine weighing more than 500 grams, in violation of Title 21 United States Code, Sections 952(a), 960(a)(1), and 960(b)(2)(B); and did knowingly and intentionally possess with intent to distribute a controlled substance, that is a mixture and substance containing a detectable amount of cocaine weighing more than 500 grams, in violation of Title 21, United States Code, Section 841(a)(1) and 841((b)(1)(B)(ii).

1

3) This affidavit is based upon my personal knowledge, as well as information provided to me by other law enforcement personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me as it relates to this matter; however, no facts or evidence that would negate probable cause have been withheld from this affidavit.

4) On December 7, 2019, BECKFORD, a citizen of the Jamaica, arrived in the United States at the Fort Lauderdale/Hollywood International Airport ("FLL"), in Broward County, in the Southern District of Florida, from Montego Bay, Jamaica, on board Jet Blue (B6) flight #926. BECKFORD was admitted to the United States as a B2- Temporary visitor for pleasure/tourism and was referred to Customs and Border Protection (CBP) secondary baggage control for further examination.

5) During the secondary baggage inspection, CBP Officers (CBPO) took a binding Customs declaration and searched BECKFORD's luggage. During routine questioning, CBPOs noticed BECKFORD exhibiting nervous behavior (e.g. sweating, pulsating carotid artery). BECKFORD was also vague in his account of his trip abroad. Based on these factors, CBPOs decided to send BECKFORD for an X-RAY examination. BECKFORD was transported to Broward General Hospital, located in Fort Lauderdale, Florida. At the hospital, BECKFORD submitted to an X-RAY and CT-Scan test that revealed several suspicious masses in BECKFORD's abdomen. BECKFORD readily admitted to CBP Officers that he had swallowed approximately 90 pellets filled with an unknown narcotic. BECKFORD then had a bowel movement in which he passed 23 pellets

filled with a white powdery substance. This white powdery substance field-tested positive for the presence of cocaine.

6) On or about December 8, 2019, at approximately 10:00 A.M., your Affiant advised BECKFORD of his rights pursuant to *Miranda* in English. BECKFORD agreed to waive his rights and spoke voluntarily with your Affiant. During his post-Miranda interview, BECKFORD stated this was his first drug smuggling trip that he was smuggling cocaine. BECKFORD admitted a man named "Yankee" recruited him (BECKFORD) in Jamaica to smuggle drugs into the U.S. BECKFORD did not provide Yankee's last name. BECKFORD stated Yankee was supposed to pay him $5,000 in U.S. currency upon delivery. BECKFORD told law enforcement that he swallowed over 90 cocaine-filled pellets.

7) After agreeing to the offer proposed by the recruiter in Jamaica, BECKFORD stated he was given the pellets on or about Saturday morning, December 7, 2019, and told to swallow the pellets with a gallon of water. BECKFORD started ingesting the cocaine-filled pellets early Saturday morning on or about December 7, 2019. BECKFORD stated he returned home to wash-up after he finished ingesting all the pellets. On December 7, 2019, BECKFORD boarded his flight to the United States. As of approximately 3:05 P.M. on December 11, 2019, BECKFORD had passed approximately 98 pellets weighing approximately 1.37 kilograms, filled with suspected cocaine. Based on the X-RAY and CT-Scan, and BECKFORD's statements, it is believed that there are no more pellets in BECKFORD's abdomen.

8) Based on the foregoing facts, your affiant respectfully submits there is probable cause to believe that on or about December 7, 2019, Shomari Naeem BECKFORD

did knowingly and intentionally import into the United States from a place outside thereof a controlled substance, that is a mixture and substance weighing more than 500 grams, containing a detectable amount of cocaine, in violation of Title 21 United States Code, Sections 952(a), 960(a)(1), and 960(b)(2)(B); and did knowingly and intentionally possess with intent to distribute a controlled substance, that is a mixture and substance weighing more than 500 grams, containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and 841((b)(1)(B)(ii).

FURTHER AFFIANT SAYETH NAUGHT

Lester Vega, Supervisory CBP Officer
Immigration & Customs Enforcement
Homeland Security Investigations

Subscribed to and sworn before me
this 13th day of December, 2019

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4